THE STATE EX REL. RUCKER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Rucker v. Indus. Comm.*
(1998), 83 Ohio St.3d 387.]

(No. 97–1582—Submitted August 19, 1998—Decided October 14, 1998.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *William D. Haders,* Assistant Attorney General, for appellee Industrial Commission.

*Hanlon, Duff, Paleudis & Estadt Co., L.P.A.,* and *Gerald P. Duff,* for appellee Consolidation Coal Co.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.